IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IVAN M. JORDISON, et al.,

    Plaintiffs,

v.   No. CV 21-742 MIS/CG

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF SOCORRO, et al.,

    Defendants.

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE FIRST AMENDED COMPLAINT

**THIS MATTER** is before the Court on Plaintiffs' *Motion for Leave to File a First Amended Complaint Pursuant to Rule 15 of the Federal Rules of Civil Procedure* (the "Motion"), (Doc. 26), filed December 8, 2021.

Plaintiffs request leave of Court to file a first amended complaint, (Doc. 26-1), noting that "[t]he original complaint did not tie specific conduct to specific Defendants and did not plead sufficient facts to establish that Defendants acted in their personal capacities or that the municipal defendants created a custom, policy or practice that was the direct cause of Plaintiffs' injuries." (Doc. 26 at 1). The Court, having reviewed the Motion, and noting it is unopposed, finds the Motion is well taken and shall be **GRANTED**

**IT IS THEREFORE ORDERED** that Plaintiffs' *Motion for Leave to File a First Amended Complaint Pursuant to Rule 15 of the Federal Rules of Civil Procedure*, (Doc. 26), is **GRANTED** and Plaintiffs shall file their first amended complaint by **January 14, 2022**.

- 2 -

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE