IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IVAN M. JORDISON, et al.,

    Plaintiffs,

v.                                                                No. CV 21-742 MIS/CG

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF SOCORRO, et al.,

    Defendants.

## ORDER GRANTING PLAINTIFFS' CORRECTED UNOPPOSED MOTION TO FILE FIRST AMENDED COMPLAINT

**THIS MATTER** is before the Court on Plaintiffs' *Motion for Leave to File a First Amended Complaint Pursuant to Rule 15 of the Federal Rules of Civil Procedure* (the "Motion"), (Doc. 31), filed December 18, 2021. Plaintiffs request leave of Court to file a corrected amended complaint, (Doc. 34), as the exhibit attached to their initial motion was incomplete. *See* (Doc. 26-1). The Court, having reviewed the Motion, and noting it is unopposed, finds the Motion is well taken and shall be **GRANTED**

**IT IS THEREFORE ORDERED** that Plaintiffs' *Motion for Leave to File a First Amended Complaint Pursuant to Rule 15 of the Federal Rules of Civil Procedure*, (Doc. 31), is **GRANTED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE