**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

IVAN M. JORDISON, et al.,

    Plaintiffs,

v.                                       No. CV 21-742 MIS/CG

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF SOCORRO, et al.,

    Defendants.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon the parties' *Notice of Settlement* (the "Notice"), (Doc. 47), filed February 18, 2022. In the Notice, the parties state that "a settlement has been reached . . . between Plaintiffs and Defendants Village of Magdalena and Carlos Valenzuela[.]" *Id.* at 1. The parties indicate that they will submit closing documents as to the Plaintiffs Ivan M. Jordison and Patricia Padilla "as well as a motion . . . to approve a guardian *ad litem* to review the terms of settlement" as to "the minor child C.C." *Id.*

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents regarding the claims by Plaintiffs Ivan M. Jordison and Patricia Padilla against Defendants Village of Magdalena and Carlos Valenzuela by no later than **March 22, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE