**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

IVAN M. JORDISON, et al.,

      Plaintiffs,

v.                                    No. CV 21-742 MIS/CG

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF SOCORRO, et al.,

      Defendants.

**ORDER EXTENDING DEADLINE FOR CLOSING DOCUMENTS
AND VACATING STATUS CONFERENCE**

      **THIS MATTER** is before the Court on the parties' *Joint Motion to Extend the Deadline to Submit Closing Documents* (the "Motion"), (Doc. 55), filed March 22, 2022. In the Motion, the parties explain that they have had "logistical difficulties in remitting payment to Plaintiffs' counsel" and thus request until April 1, 2022, to submit closing documents. (Doc. 55 at 1). The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion shall be **GRANTED**.

      **IT IS THEREFORE ORDERED** that the parties shall submit closing documents regarding the claims by Plaintiffs Ivan M. Jordison and Patricia Padilla against Defendants Village of Magdalena and Carlos Valenzuela by no later than **April 1, 2022**.

      **IT IS FURTHER ORDERED** that the Telephonic Status Conference set for **Tuesday, March 29, 2022, at 10:00 a.m.** is hereby **VACATED**.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE