**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

IVAN M. JORDISON, et al.,

    Plaintiffs,

v.                                                          No. CV 21-742 MIS/CG

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF SOCORRO, et al.,

    Defendants.

## ORDER SETTING SETTLEMENT CONFERENCE

To facilitate a final disposition of this case, a mandatory settlement conference will be conducted in accordance with Federal Rule of Civil Procedure 16(a)(5). The Court will determine whether to hold the upcoming settlement conference via Zoom or in person at a later date.

The conference will be held on **July 7, 2022, at 9:00 a.m.** A telephonic status conference will be held on **June 30, 2022, at 2:00 p.m.**, to discuss the parties' positions, as set forth in the Court's *Order Setting Telephonic Pre-Settlement Status Conference*, (Doc. 64).

**IT IS HEREBY ORDERED** that the parties and a designated representative, other than counsel of record, with full authority to resolve the case, must attend; counsel who will try the case must also attend. All attorneys and parties involved in the settlement conference must treat as confidential the information discussed, positions taken, and offers made by other participants in preparation for and during the conference.[1] Each individually named Defendant is not required to attend the

---

[1] This does not prohibit disclosures stipulated to by the parties, necessary in proceedings to

settlement conference. However, Defendants must have an individual with full authority to resolve the case present during the settlement conference.

**IT IS FURTHER ORDERED** that:

1. By **June 9, 2022**, Plaintiffs' counsel shall serve on Defendants' counsel a concise letter that sets forth a settlement demand itemizing the principal supporting damages or other relief that Plaintiffs assert would appropriately be granted at trial.

2. By **June 16, 2022**, Defendants' counsel shall serve on Plaintiffs' counsel a concise letter that sets forth a response to the settlement demand.

3. By **June 23, 2022**, each party shall provide to the Court:

    a. A copy of each letter that was sent to an opposing party;

    b. A confidential, concise letter containing an analysis of the strengths and weaknesses of its case; and

    c. Any video or audio recordings of the incident upon which this action is based.

    d. **This letter should also contain the email addresses and phone numbers for all participants in the settlement conference. This contact information will be used to send the invitation to attend the settlement conference if it is held via Zoom.**

    These materials may be submitted to the Court by email: garzaschambers@nmd.uscourts.gov

4. Each of these letters typically should be five (5) pages or fewer, and counsel will ensure that each party reads the opposing party's letter before the settlement conference.

5. Before **June 30, 2022**, counsel shall confer with one another about their clients' respective positions.

6. On **June 30, 2022, at 10:30 a.m.**, counsel shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, for a pre-settlement telephonic status conference

---

determine the existence of a binding settlement agreement, or as otherwise required by law.

A party must show good cause to vacate or reschedule the settlement conference. Any such request must provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the settlement conference.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE