**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

IVAN M. JORDISON, et al.,

    Plaintiffs,

v.                                                                No. CV 21-742 MIS/CG

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF SOCORRO, et al.,

    Defendants.

### ORDER SETTING FAIRNESS HEARING

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a Fairness Hearing shall be conducted via Zoom on **Wednesday, June 15, 2022, at 10:00 a.m.**

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE