IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IVAN M. JORDISON, PATRICIA PADILLA AND PATRICIA PADILLA AS GUARDIAN FOR THE MINOR CHILD C.C.,

    Plaintiffs,

v.                            No. 2:21-cv-00742-MIS-GJF

BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF SOCORRO, WILLIAM ARMIJO SHERIFF, IN HIS PERSONAL AND PROFESSIONAL CAPACITIES, RICHARD LOPEZ SOCORRO SHERIFF'S DEPUTY, IN HIS PERSONAL AND PROFESSIONAL CAPACITIES, CITY OF SOCORRO DOMINIC MONTANO, IN HIS PERSONAL AND PROFESSIONAL CAPACITIES, THE VILLAGE OF MAGDALENA AND CARLOS VALENZUELA MAGDALENA MARSHALL IN HIS PERSONAL AND PROFESSIONAL CAPACITIES,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF SOCORRO

**THIS MATTER** came before the Court on the Joint Motion to Dismiss with Prejudice Plaintiffs' Claims against Defendant Board of County Commissioners for the County of Socorro filed by Plaintiffs. The Court having considered the Motion, having been advised that this matter has been settled between the parties, and being further advised that no disputes remain between them requiring resolution by this Court, FINDS that it has jurisdiction of the parties and of the subject matter of this case, and that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Complaint and amendments filed by Plaintiffs against Defendant Board of County Commissioners for the County of Socorro and all claims that have been or might have been brought in this case, are hereby dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

*[signature: Margaret Strickland]*

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

Submitted and approved by:

NEW MEXICO ASSOCIATION OF COUNTIES

*/s/ David Roman*
BRANDON HUSS
DAVID ROMAN
444 Galisteo St.
Santa Fe, NM 87501
(505) 820-8116
bhuss@nmcounties.org
droman@nmcounties.org
*Attorneys for County Defendants*

LAW OFFICE OF AMAVALISE F JARAMILLO

*Approved via email 12/07/2022*
Amavalise F. Jaramillo
P.O. Box 28
Tome, NM 87060
(505) 304-0405
amavalise@gmail.com
*Attorney for Plaintiffs*