IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IVAN M. JORDISON and PATRICIA PADILLA,
as Guardian for the Minor Child CC,

    Plaintiffs,

v.                                                    Civ. No. 2:21-cv-00742 MIS/GJF

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF SOCORRO,
WILLIAM ARMIJO, RICHARD LOPEZ,
DOMINIC MONTANO, THE VILLAGE OF
MAGDALENA, and CARLOS VALENZUELA,

    Defendants.

## **FINAL JUDGMENT**

In accordance with Federal Rule of Civil Procedure 58, and consistent with the Court's Orders of Dismissal, ECF Nos. 89 and 91, the Court hereby enters this Final Judgment.

**IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

                                                      */s/ Margaret Strickland*
                                                      **MARGARET STRICKLAND**
                                                      UNITED STATES DISTRICT JUDGE